Argued October 26, affirmed November 8, 1976

FLEISCHMAN, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(Nos. 05-76-079 & 080, Nos. 05-76-081 & 082, CA 6531)

555 P2d 805

*Robert J. Morgan,* Milwaukie, argued the cause for petitioner.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. *Whiley v. OSP,* 18 Or App 86, 523 P2d 1051 (1974).